IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FIRDAVS BAKIEV,                   :
        *Petitioner,*           :         CIVIL ACTION
                            :
  v.                       :         No. 26-cv-3318
                            :
BRIAN MCSHANE, Acting Field Office   :
Director, U.S. Immigration and Customs  :
Enforcement, *et al.*,             :
        *Respondents.*        :

## <u>ORDER</u>

**AND NOW**, this **20th** day of **May 2026**, upon review of Petitioner Firdavs Bakiev's Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Letter dated May 20, 2026 (ECF No. 6), it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this District's prior cases, *see, e.g.*, Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025); which Respondents concede are not materially distinguishable, *see* ECF No. 6, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. **Petitioner is a citizen of the Russian Federation who has been in the United States since September 18, 2022.  *See* ECF No. 1 ¶¶ 8, 15.  The record reflects that Petitioner "has fully complied with every condition of his release for almost four years[,]" "has reported as directed," and has "committed no criminal offenses."  *Id.* ¶ 19.  Agents of Immigration and Customs Enforcement arrested Petitioner**

2

**"without prior notice" and detained him without a bond hearing.** *Id.* **¶¶ 1, 21. Respondents do not contest these facts.** *See* **ECF No. 6.**

3. **Because Petitioner is being held in custody in violation of the laws and the Constitution of the United States, Respondents shall IMMEDIATELY RELEASE Petitioner from custody at the Federal Detention Center in Philadelphia.**

4. Respondents are **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.

5. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **May 21, 2026** **at 12:00 p.m. (noon)**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**